IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| LOCAL 705 INTERNATIONAL BROTHER-<br>HOOD OF TEAMSTERS PENSION FUND,<br>et al., | )<br>)<br>) | |
| Plaintiffs, | )<br>)<br>) | CIVIL ACTION<br><br>NO. 09 C 7288 |
| vs. | )<br>) | <br>JUDGE JOHN W. DARRAH |
| CARMICHAEL CARTAGE COMPANY,<br>a Delaware corporation, | )<br>)<br>) | |
| Defendant. | ) | |

## JUDGMENT ORDER

This matter coming on to be heard upon the Motion of Plaintiffs, by their counsel, it appearing to the Court that the Defendant, CARMICHAEL CARTAGE COMPANY, a Delaware corporation, having been regularly served with process and having failed to appear, plead or otherwise defend, and default of said Defendant having been taken, the Court, first being fully advised in the premises and upon further evidence submitted herewith, FINDS:

1. It has jurisdiction of the subject matter herein and of the parties hereto.

2. The Defendant is bound by the terms of the collective bargaining agreement or agreements referred to in Plaintiffs' Complaint.

3. The Defendant is obligated to report and pay contributions to each of the Plaintiff Funds on behalf of its bargaining unit employees in accordance with the collective bargaining agreement.

4.    The Defendant is bound by all the terms and conditions set forth in the Agreements and Declarations of Trust governing the Plaintiff Funds.

5.    Defendant has submitted monthly contribution reports to the Plaintiffs identifying employees of the Defendant who performed work covered by the collective bargaining agreement, and the number of hours worked by or paid to those employees for the months of April 2009 through August 2009. Said monthly contribution reports establish that Defendant owes the Plaintiff Welfare Fund the amount of $10,522.25.

6.    Pursuant to the Trust Agreements, a liquidated damages surcharge has been assessed against the Defendant in the amount of ten (10%) percent of all contributions due and unpaid and all contributions which were paid late, for the months of March 2009 through August 2009. Accordingly, $4,512.43 is due the Welfare Fund and $251.20 is due the Pension Fund, for a total of $4,763.63, for the stated months.

7.    Interest at the rate of eight (8%) percent per annum on the moneys paid late or remaining unpaid is due for the months of November 2008 and March 2009 through August 2009 (calculated through January 26, 2010). Accordingly, the amount of $669.07 is due the Welfare Fund and $22.10 is due the Pension Fund, for a total of $691.17, for the stated months.

8.    Plaintiffs are entitled to audit the payroll books and records of Defendant to verify the accuracy of the monthly reports referred to herein and to determine what additional amounts may be due and owing to Plaintiffs.

9.    Defendant has failed to timely pay all contributions required to be made to the Plaintiff Funds. Accordingly, as provided in the Agreements and Declarations of Trust governing the respective Funds, 29 U.S.C. §1132(g)(2) and 28 U.S.C. §1961, Plaintiffs are entitled to recover:

    (a)    liquidated damages and interest on all contributions paid late or remaining unpaid;

    (b)    the cost of auditing the payroll books and records of Defendant;

    (c)    the costs and expenses of the Trustees, including their reasonable attorneys' fees;

    (d)    post-judgment interest; and

    (e)    costs and attorneys' fees incurred in executing on, or otherwise collecting, this judgment.

10. Plaintiffs have incurred costs totaling $435.00 and reasonable attorneys' fees totaling $360.00.

11. There is no just cause for delay in the entry of a Judgment Order as to the sum of $16,772.05 owed to the Plaintiffs from Defendant.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

A. That Plaintiffs recover from the Defendant, CARMICHAEL CARTAGE COMPANY, a Delaware corporation, the sum of $10,522.25 for contributions, $4,763.63 for liquidated damages, and $691.17 for interest, for a total sum of $15,977.05.

B. That Plaintiffs recover from the Defendant, CARMICHAEL CARTAGE COMPANY, a Delaware corporation, the sum of $435.00 for their costs and $360.00 as and for Plaintiffs' just and reasonable attorneys' fees.

C. That Plaintiffs recover from the Defendant, CARMICHAEL CARTAGE COMPANY, a Delaware corporation, the total sum of **$16,772.05**, plus post-judgment interest on said amount at the rate required by 28 U.S.C. §1961.

D. That Plaintiffs are awarded their costs and attorneys' fees to execute on, or otherwise collect this judgment.

E. That the Court hereby retains jurisdiction of this cause and all of the parties hereto for the purpose of enforcing this Order.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: 1-25-10

Patrick N. Ryan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6278364
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: pryan@baumsigman.com

C:\Temp\notesFCBCEF\judgment order.pnr.df.wpd

4